**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF MARYLAND**
NORTHERN DIVISION
TOWER II, 9th FLOOR
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201-2705
TEL: (410) 962-3962
FAX: (410) 962-0872
TOLL FREE: (855) 213-8450

JAMES WYDA
FEDERAL PUBLIC DEFENDER

DEBORAH L. BOARDMAN
ASSISTANT FEDERAL PUBLIC DEFENDER

November 10, 2015

The Honorable William D. Quarles, Jr.
United States District Court for the
District of Maryland
101 West Lombard Street
Baltimore, Maryland 21202

Re: United States v. Wilfred T. Azar, III
Criminal Case No. WDQ-14-0515

Dear Judge Quarles:

Please find attached Mr. Azar's letter to the court.

We look forward to seeing you today at court.

Sincerely,

/s/

Deborah L. Boardman
Assistant Federal Public Defender

DLB/ljr

Attachment

cc: Martin J. Clarke, AUSA