November 6, 2015

The Honorable William D. Quarles, Jr.
United States District Judge
Baltimore, Maryland

Dear Judge Quarles,

Thank you for the opportunity to submit this letter for your review and consideration. I am sincerely sorry for my actions that caused the trusted investors, my family and my friends such pain and loss. It was never my intention to steal money from them. I had hoped to pay them back in time but I never should have taken their money in the first place. I am truly sorry and I beg for their forgiveness.

I desperately want to be able to get the investors their money back. I took certification courses in the renewable energy field with an emphasis on Solar Photovoltaics and Wind Technologies. I have been employed for the past eighteen months in this field and have a very bright future, which will enable me to make huge strides in my endeavors to get those I hurt paid. This point is such that my employer has offered to step up in support with making payments directly to the courts on my behalf.

I have always been a law abiding citizen, never in my life having even received a traffic citation and working very hard to make things right. Please give me your blessings and allow me the opportunity to continue down this path uninterrupted and able.

Once again, I am deeply sorry for what I did. I ask the victims for their forgiveness and the Court for mercy.

Sincerely yours,

Wilfred T. Azar, III