USA

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

WILFRED AZAR, III

2015 NOV 10 PM 2: 47

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

**Criminal No. WDQ-14-0515**

**Government Sentencing Exhibits**

| Exhibit No. | Identification | Admitted | Description |
|:---:|:---:|:---:|---:|
| 1 | 11/10/15 | 11/10/15 | Picture of Empire building |
| 2 | 11/10/15 | 11/10/15 | Plaque on the building |
| 3 | 11/10/15 | 11/10/15 | Directory in the building |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Exhibit List (Rev. 3/1999)