## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | **Criminal Case No. WDQ-14-0515** |
| **WILRED T. AZAR, III** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

...oOo...

## GOVERNMENT'S MOTION TO CORRECT SENTENCE

The United States of America, by its counsel, Rod J. Rosenstein, United States Attorney for the District of Maryland, and Martin J. Clarke, Assistant United States Attorney for said district, hereby moves to correct the sentence in above-captioned case.

1. At the sentencing on November 10, 2015, the Court ordered the Defendant, Wilfred T. Azar, to pay restitution of $7,689,298 to the victims in this case. However, the calculation of the total restitution due to the victims was actually $349,447.28 less than that amount, for a total of $7,339,850.72.

2. Federal Rule of Criminal Procedure 35(a) authorizes this Court within 14 days of sentencing "to correct a sentence that resulted from an arithmetical, technical or other clear error."

WHEREFORE, the government moves the Court to correct the sentence to reflect the correct restitution amount of $7,339,850.72.

                                                      Respectfully submitted,

                                                      Rod J. Rosenstein
                                                      United States Attorney

                    By:                */s/*
                                                        Martin Clarke
                                                        Assistant United States Attorney

## CERTIFICATE OF SERVICE

This is to certify that on this 19th day of November 2015, a copy of the foregoing *Government's Motion to Correct Sentence* was electronically filed and made available to all counsel of record.

_____/s/_____
Martin J. Clarke
Assistant United States Attorney