# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | **Criminal Case No. WDQ-14-0515** |
| **WILRED T. AZAR, III** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

...oOo...

## CONSENT MOTION TO CORRECT SENTENCE

The United States of America, by its counsel, Rod J. Rosenstein, United States Attorney for the District of Maryland, and Martin J. Clarke, Assistant United States Attorney for said district, hereby moves to correct the sentence in the above-captioned case.

1. On November 19, 2015, the government filed a motion to correct the sentence in the above-captioned case based solely on information about the amount of restitution that was due to the victims of the securities fraud charged in the case. *See* ECF 36. The Court granted the motion on November 19, 2015. *See* No. 40.

2. The government has since learned that the corrected sentence, which now accurately reflects the restitution due to the fraud victims, fails to take into account the negotiated restitution amount that the defendant agreed to pay to the IRS for the tax charge in the case. Government counsel has spoken with Deborah Boardman, Esq., counsel for Mr. Azur, and she agrees that this was an oversight. The government takes responsibility for not catching the mistake sooner and respectfully apologizes for any inconvenience this has caused the Court.

3. Ms. Boardman has authorized the government to represent that she has no objection to the Court correcting the sentence so that it reflects the total restitution amount agreed upon in the plea agreement, which is $7,689,298. That total restitution amount would be payable as

follows: $7,339,850.72 to the fraud victims (the names and addresses of the victims have been provided to U.S. Probation) and $349,447.28 to the IRS (payable to IRS-RACS, Attention Mail Stop 6261, Restitution, 333 W. Pershing Avenue, Kansas City, MO 64108).   .

WHEREFORE, the government respectfully moves the Court to grant the consent motion to correct the sentence to reflect the correct restitution amount.


Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: _____/s/_____
Martin Clarke
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

This is to certify that on this 1st day of December 2015, a copy of the foregoing *Consent Motion to Correct Sentence* was electronically filed and made available to all counsel of record.

_____/s/_____
Martin J. Clarke
Assistant United States Attorney